# United States Court of Appeals
## For the First Circuit

No. 15-1858

CORNWELL ENTERTAINMENT, INC., f/k/a Cornwell Enterprises, Inc.,
f/k/a CEI Enterprises, Inc.; PATRICIA D. CORNWELL; STACI GRUBER,
PH.D.,

Plaintiffs, Appellants,

v.

ANCHIN, BLOCK & ANCHIN, LLP; EVAN SNAPPER,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on July 18, 2016, is amended
as follows:

On Page 4, line 4: "John Gilmore" is replaced with "Jim
Gilmore"